IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH NOLT, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 23-0864 |
| CITY OF PHILADELPHIA, *et al.*, : | |
| *Defendants*. : | |

**ORDER**

**AND NOW,** this **29th** day of **March, 2024**, upon consideration of Defendant Children's Choice's Motion to Dismiss Claims Brought By Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 22), Plaintiff's Response in Opposition to Defendant Children's Choice's Motion to Dismiss Claims Brought By Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 35), Reply in Support of Defendant Children's Choice's Motion to Dismiss Claims Brought By Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 37), Defendant Maranatha Christian School's Partial Motion to Dismiss Claims Brought By Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 36), Plaintiff's Response in Opposition to Defendant Maranatha Christian School's Partial Motion to Dismiss Claims Brought By Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 38), and Defendant Maranatha Christian School's Reply Brief in Support of Its Partial Motion to Dismiss Claims Brought By Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 41), it is hereby **ORDERED** as follows:

1. Defendant Children's Choice's motion to dismiss (ECF No. 22) is **GRANTED**.

2. The Plaintiff's claim brought against Children's Choice under 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE**. The plaintiff is granted leave to file an amended

complaint to cure the deficiencies as to her § 1983 claim against Children's Choice no later than **April 22, 2024**.

3. The Plaintiff's claims for punitive damages against Children's Choice are **DISMISSED WITH PREJUDICE**.

4. Defendant Maranatha Christian School's Partial Motion to Dismiss Claims (ECF No. 36) is **GRANTED**. The plaintiff's claim for punitive damages against Maranatha is **DISMISSED WITH PREJUDICE**.

                                                            **BY THE COURT:**

                                                            /s/ Kai N. Scott
                                                            **HON. KAI N. SCOTT**
                                                            **United States District Court Judge**